No. 83–1525. CARROLL v. SCOTT, SHERIFF OF DE KALB COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–1529. ROBINSON v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 83–1541. PORTER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 83–1547. NOVEL v. LOUISIANA EXPOSITION ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1548. KUSTINA v. CITY OF SEATTLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–1550. LITTON SYSTEMS, INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1556. ADAMS v. PROVIDENCE & WORCESTER CO. C. A. 1st Cir. Certiorari denied.

No. 83–1557. PACIFIC INTERMOUNTAIN EXPRESS CO. v. JOHNSON ET AL. Sup. Ct. Mo. Certiorari denied.

No. 83–1568. COIA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–1570. FOSTER ET AL. v. MILLER, CHAIRMAN, FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 83–1571. RADIGAN v. SUPREME COURT OF KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 83–1574. CITY OF PERRYTON, TEXAS v. JACKS ET UX. C. A. 5th Cir. Certiorari denied.

No. 83–1575. AYOOB ET AL. v. MORRISON ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1580. CITRON ET AL. v. CITRON. C. A. 2d Cir. Certiorari denied.